# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2615 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 89 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 29985 |
| | : | |
| DOUGLAS B. BREIDENBACH, JR., | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of February, 2020, on certification by the Disciplinary Board that Douglas B. Breidenbach, Jr., who was suspended on consent for a period of six months, has filed a verified statement showing compliance with the Order of Suspension and Pa.R.D.E. 217, Douglas B. Breidenbach, Jr. is reinstated to active status.